**IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | | |
|---|---|---|
| **GI SYUNG NAM & YONGGYU KIM**, | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| **JONG HO CHO, AJIN METAL SCRAP CORPORATION, CORE STEEL INTERNATIONAL, INC., METAL SOURCE AMERICA, INC., and NA Y KIM** | ) ) ) ) ) ) ) | **CASE NO.: 3:15-cv-135-TCB** |
| Defendants. | ) ) ) ) ) | |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND
RELEASES, SUBMIT SETTLEMENT AGREEMENT UNDER SEAL, AND
ENTRY OF STIPULATED ORDER AND JUDGMENT**

COME NOW Plaintiffs Gi Syung Nam and Yonggyu Kim (collectively, "Plaintiffs") and Defendants Jong Ho Cho, Ajin Metal Scrap Corporation, Core Steel International, Inc., Metal Source America, Inc., and Na Y. Kim (collectively, "Defendants"), and hereby request that this Court approve the settlement between Plaintiffs and Defendants, maintain the settlement agreement under seal, and enter a stipulated order and judgment.

1.      Plaintiff Gi Syung Nam ("Nam") filed a lawsuit against Defendants on August 25, 2015.  Plaintiff Yong Gyu Kim ("Kim") joined the case on March 1,

2016.   Doc. 35.     The Complaint alleges that the Defendants failed to pay the Plaintiffs overtime pay in violation of the Fair Labor Standards Act ("FLSA").

2.      In this lawsuit, defendant has denied each of Nam's and Kim's claims and asserted various affirmative defenses.

3.      In an effort to avoid expenses associated with prosecuting and defending the above-styled cause, the Plaintiffs and the Defendants, by and through their respective counsel, have reached a settlement agreement covering all of the Plaintiff's claims against the Defendants.

4.      The settlement amount for Plaintiffs Nam and Kim were calculated based on their claims and the amount of time they worked during the relevant time period.   The amounts paid to Plaintiffs Nam and Kim under the settlement agreement is fair and reasonable.   Counsel have provided the Court a copy of the settlement agreements for the Plaintiffs.

5.      The backpay and liquidated damages amounts constitute 100% of that which Plaintiffs Nam and Kim could recover under the FLSA.

6.      Upon approval of the settlement agreement, the parties ask that the Court dismiss the Plaintiffs' claims with prejudice.

WHEREFORE PREMISES CONSIDERED, the parties respectfully request that this Court grant this Motion and enter an Order (attached as "Exhibit A"):

29405411 v1

1.      Approving the settlement for Plaintiff Lim and finding that the agreement is a fair and reasonable resolution; and

2.      Dismissing Plaintiff Lim's claims with prejudice, each party to bear his own costs, attorney's fees, expenses, with the exception of the payment of attorney's fees to counsel for Plaintiff Lim described in the settlement agreements, which constituted all attorneys' fees, expenses, and costs due for this action.

Respectfully submitted jointly this 21st day of March 2017.

/s/ Jon M. Gumbel
Jon M. Gumbel
*Georgia State Bar No. 315195*

Ronald W. Flowers, Jr.
*(Pro Hac)*
Ingu Hwang
*Georgia State Bar No. 114295*
Attorneys for Defendants

**OF COUNSEL:**

BURR & FORMAN LLP
171 17th Street NW, Suite 1100
Atlanta, GA  30363
Telephone:  (404) 815-3000
Fax:  (404) 817-3244
Email: jgumbel@burr.com

3

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: rflowers@burr.com
            ihwang@burr.com


By: */s/ Brian Kim (with permission)*
    Brian Kim
    Leon & Kim, LLC
    1815 Satellite Blvd., #303
    Duluth, GA  30097

    *Attorney for Plaintiff*

29405411 v1

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF GEORGIA NEWNAN DIVISION

**GI SYUNG NAM & YONGGYU KIM**,

    Plaintiffs,

v.

**JONG HO CHO, AJIN METAL SCRAP CORPORATION, CORE STEEL INTERNATIONAL, INC., METAL SOURCE AMERICA, INC., and NA Y KIM**

    Defendants.

**CASE NO.: 3:15-cv-135-TCB**

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CLAIMS WITH PREJUDICE

THIS CAUSE arose before the Court on the parties' Joint Motion for Approval of Settlement Agreement and for Order Dismissing Claims with Prejudice.  This case arose in part pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, <u>et seq</u>. and, therefore, requires court approval.  <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.")  This Court, being fully advised in the premises, hereby ORDERS that:

29366092 v1

1.     The Joint Motion for Approval of Settlement is granted.    The Agreement between the parties constitutes a fair and reasonable resolution of the plaintiff's claims.

2.     The Claims of Plaintiffs Gi Syung Nam and Yonggyu Kim in this action are hereby DISMISSED WITH PREJUDICE, each party to bear his, her, or its own costs, attorney's fees, and expenses, with the exception of the payment of attorney's fees to counsel for plaintiffs described in the Settlement Agreement, which constitutes all attorney's fees, expenses, and costs due for this action.   All Plaintiffs in this action have settled their claims.

DONE and ORDERED this _____ day of March, 2017.


_____
United States District Judge